# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 C 143

Philip P. Philbin,
      Plaintiff,
  v.
SPX Corporation, SPX Fluid Power, et al.
      Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, SPX Corporation, SPX Fluid Power, a corporation, and Tom Prusinski, individually

| | |
|---|---|
| **NAME (Type or print)** <br> Brian P. Paul | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Brian P. Paul | |
| **FIRM** <br> Michael Best & Friedrich LLP | |
| **STREET ADDRESS** <br> 180 N. Stetson Ave., Suite 2000 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6286839 | **TELEPHONE NUMBER** <br> 312.222.0800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed the foregoing *Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kimberly A. Carr, Esq.
> Best, Vanderlaan & Harrington
> 12 West Cass Street
> Joliet, IL  60432-4292

>> /s/ Brian P. Paul
>> Attorney for Defendants,
>> SPX Corporation, SPX Fluid Power, a
>> corporation, and Tom Prusinski, individually
>> Brian P. Paul, ARDC No. 6286839
>> Michael Best & Friedrich LLP
>> 180 North Stetson Avenue, Suite 2000
>> Chicago, Illinois 60601
>> Phone: (312) 222-0800
>> E-mail: bppaul@michaelbest.com