IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP P. PHILBIN,<br>   Plaintiff,<br><br> v.<br><br>SPX CORPORATION, SPX FLUID<br>POWER, a corporation, and TOM<br>PRUSINSKI, individually,<br>   Defendants. | Case No. 08 C 143<br><br>Judge Ruben Castillo<br>Magistrate Judge Nan Nolan |

To: Brian Paul
   MICHAEL, BEST & FRIEDRICH
   180 N. Stetson Avenue
   Suite 2000
   Chicago, Illinois 60601
   312/222-0800

  PLEASE TAKE NOTICE that on the 4th day of April, 2008, Plaintiff filed with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Initial Status Report, a copy of which is attached hereto and served upon you.

               Respectfully submitted,
               **PHILIP PHILBIN**


               By: /s/ Kimberly A. Carr
                  One of his Attorneys

**Best, Vanderlaan & Harrington**
Kimberly A. Carr
Erin Buck Kaiser
12 W. Cass Street
Joliet, IL 60432
(815) 740-1500
Attorney I.D. 06278626

## CERTIFICATE OF SERVICE

I, Kimberly Carr, hereby certify that on this 4th day of April, 2008, the foregoing Initial Status Report was filed electronically. Pursuant to Local Rule 5.9, notice of this filing will be sent to all Filing Users by operation of the Court's electronic filing system, and such notice constitutes service upon such Filing Users, including counsel of record on this matter. Parties may access through the Court's system.

By  /s/ Kimberly A. Carr
One of Plaintiff's Attorneys