## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 143 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Philip P. Philbin vs. SPX Corporation, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held in chambers on 4/18/2008. Full, confidential settlement reached. This lawsuit is dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | RO |
|---|---|---|