IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS/EASTERN DIVISION

| | |
|---|---|
| PHILIP P. PHILBIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPX CORPORATION, SPX FLUID POWER, a corporation, and TOM PRUSINSKI, individually,<br><br>　　　　　Defendants. | No. 08 C 143<br><br>Judge Ruben Castillo<br>Magistrate Judge Nolan |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that as a result of a confidential settlement agreement reached by the parties at the Settlement Conference conducted by the Court on April 18, 2008, the above-entitled action be, and the same hereby is, dismissed with prejudice, on the merits, and without costs to any party as against any other party. This Stipulation may be filed with the Clerk of the Court without further notice.

BEST, VANDERLAAN & HARRINGTON            MICHAEL BEST & FRIEDRICH LLP

By: /s/ Kimberly A. Carr                                 By: /s/ Brian P. Paul
　　Kimberly A. Carr, Esq.                                    Scott C. Beightol, Esq.
　　Attorney No. 6272033                                     Attorney No. 1006422
　　12 West Cass Street                                        Brian P. Paul, Esq.
　　Suite 12                                                           Attorney No. 6286839
　　Joliet, IL 60432                                                100 East Wisconsin Avenue
　　815-740-1500                                                   Suite 3300
                                                                              Milwaukee, WI 53202
                                                                              414-271-6560

                                                                              Attorneys for Defendants
                                                                              SPX Corporation, SPX Fluid Power, and
                                                                              Tom Prusinski

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the foregoing *Joint Stipulation of Dismissal With Prejudice Pursuant To Federal Rule Of Civil Procedure 41(a)* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kimberly A. Carr, Esq.
Best, Vanderlaan & Harrington
12 West Cass Street
Joliet, IL  60432-4292
E-mail:  kcarr@bestfirm.com

/s/ Brian P. Paul
Attorney for Defendants,
SPX Corporation, SPX Fluid Power and Tom Prusinski
Brian P. Paul, ARDC No. 6286839
Michael Best & Friedrich LLP
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone:  (312) 222-0800
E-mail:  bppaul@michaelbest.com